IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| LILLIAN M. SOLOMON, | § | |
| | § | No. 51, 2014 |
| Respondent Below, | § | |
| Appellant, | § | Court Below – Family Court |
| | § | of the State of Delaware, |
| v. | § | in and for Kent County |
| | § | |
| EARL V. SOLOMON | § | File No. CK05-02200 |
| | § | Petition No. 10-34007 |
| Petitioner Below, | § | |
| Appellee. | § | |

Submitted: July 25, 2014
Decided: August 18, 2014

Before **HOLLAND**, **RIDGELY** and **VALIHURA**, Justices.

## ORDER

This 18th day of August 2014, having carefully considered the briefs of the parties and the record on appeal, the Court has determined that the judgment of the Family Court should be affirmed on the basis of the reasons stated by the Family Court in its order dated January 6, 2014.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court is **AFFIRMED.**

BY THE COURT:

/s/ Randy J. Holland
Justice